**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **BERKLEY ASSURANCE COMPANY,**<br><br>        **Plaintiff,**<br><br>        **v.**<br><br>**ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC.,**<br><br>        **Defendant.** | Case No.: 21-cv-5303 |

**PLAINTIFF'S OPPOSED MOTION FOR JUDGMENT ON THE PLEADINGS**

COMES NOW Plaintiff Berkley Assurance Company ("Berkley"), pursuant to Fed. R. Civ. P. 12(c), and hereby moves the Court for entry of judgment on the pleadings in this matter. Berkley, as the excess insurer, is entitled to judgment on the pleadings against Defendant Associated Industries Insurance Company, Inc. ("Associated") because Associated denied coverage to Berkley's and Associated's mutual insured when Associated had an obligation to pay indemnity for covered claims for "property damage" caused by an "occurrence" asserted against the insured and to which no exclusion under Associated's policies applied.

Berkley's Memorandum in Support of its Motion is filed contemporaneously herewith.

**WHEREFORE**, Plaintiff Berkley Assurance Company prays that this Court enter judgment on the pleadings for Berkley and provide such other and further relief as this Court deems just and equitable.

2

Dated: February 24, 2022.   Respectfully submitted,

/s/ Meredith A. Webster

Meredith A. Webster    IL #6305145
Kutak Rock LLP
2300 Main Street, Suite 800
Kansas City, MO 64108
Phone: (816) 960-0090
Fax: (816) 960-0041
meredith.webster@kutakrock.com

*and*

Michael T. McDonnell, III
Kutak Rock LLP
Suite 1100
1760 Market Street
Philadelphia, PA 19103-4104
Phone: (215) 299-4384
Fax: (215) 981-0719
michael.mcdonnell@kutakrock.com
**ATTORNEYS FOR BERKLEY ASSURANCE COMPANY**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 24, 2022, a true and correct copy of the above and foregoing was filed using the Court's CM/ECF e-filing system, which will send notification of such filing to the following counsel of record:

>James J. Hickey
>Michael J. McNaughton
>Kennedys CMK LLP
>100 N. Riverside Plaza, Suite 2100
>Chicago, IL 60606
>james.hickey@kennedyslaw.com
>michael.mcnaughton@kennedyslaw.com
>ATTORNEYS FOR DEFENDANT

/s/ Meredith A. Webster
Attorney for Plaintiff

4889-1092-0208