**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BERKLEY ASSURANCE COMPANY, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ASSOCIATED INDUSTRIES )<br>INSURANCE COMPANY, INC., )<br>)<br>    Defendants. ) | Case No. 1:21-CV-05303<br>Honorable Joan B. Gottschall |

**AGREED MOTION FOR PROPOSED BRIEFING SCHEDULE AS TO PLAINTIFF'S RENEWED MOTION FOR JUDGMENT ON THE PLEADINGS AND ANY CROSS-MOTION**

Plaintiff Berkley Assurance Company ("Berkley") and Defendant Associated Industries Insurance Company, Inc. ("Associated") (collectively, the "Parties"), by and through their respective counsel, file this Agreed Motion for Proposed Briefing Schedule ("Motion") relating to Plaintiff's Renewed Motion for Judgment on the Pleadings [Doc. 050] ("Renewed Motion") in the above-styled case and Associated's anticipated cross-motion, stating as follows:

Counsel for Plaintiff and Defendant have conferred regarding the Motion and any forthcoming cross-motion and agree to the Court entering an order allowing Defendant to file and serve a response to the Renewed Motion and any cross-motion on or before November 15, 2022. Plaintiff shall be allowed to file its reply in support of its Renewed Motion and a response to any cross-motion on or before December 5, 2022. Further, Defendant shall be allowed to file a reply in support of any cross-motion on or before December 20, 2022.

**WHEREFORE**, Plaintiff Berkley Assurance Company and Defendant Associated Industries Insurance Company, Inc. pray that this Court enter an Order granting this Motion,

1

enter the proposed briefing schedule deadlines as outlined above, and provide such other and further relief as this Court deems just and proper.

Dated this 20th day of October, 2022.

Respectfully submitted,

*/s/ Meredith A. Webster*
Meredith A. Webster     IL #6305145
Kutak Rock LLP
2300 Main Street, Suite 800
Kansas City, MO 64108
Phone: (816) 960-0090
Fax: (816) 960-0041
meredith.webster@kutakrock.com

*and*

Michael T. McDonnell, III
Kutak Rock LLP
Suite 1100
1760 Market Street
Philadelphia, PA 19103-4104
Phone: (215) 299-4384
Fax: (215) 981-0719
michael.mcdonnell@kutakrock.com

**ATTORNEYS FOR PLAINTIFF
BERKLEY ASSURANCE COMPANY**

Respectfully submitted,

*/s/ James J. Hickey*
James J. Hickey IL #6198334
Kennedys CMK LLP
30 S. Wacker Drive, Suite 3650
Chicago, IL 60606
Telephone: (312) 800-5029
james.hickey@kennedyslaw.com

**ATTORNEYS FOR DEFENDANT
ASSOCIATED INDUSTRIES
INSURANCE COMPANY, INC.**