IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **BERKLEY ASSURANCE COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC.,**<br><br>Defendant. | Case No.: 1:21-CV-05303 |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff Berkley Assurance Company ("Berkley") and Defendant Associated Industries Insurance Company, Inc., by and through undersigned counsel, and hereby stipulate to dismissal with prejudice of all remaining claims in the above-captioned action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties shall bear their own fees and costs.

///

Dated: January 2, 2024.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| *s/ Meredith A. Webster* | */s/ James J. Hickey* |
| Meredith A. Webster      IL #6305145<br>KUTAK ROCK LLP<br>2300 Main Street, Suite 800<br>Kansas City, MO 64108<br>Phone: (816) 960-0090<br>Fax: (816) 960-0041<br>meredith.webster@kutakrock.com<br><br>*and*<br><br>Michael T. McDonnell, III<br>Kutak Rock LLP<br>Suite 1100<br>1760 Market Street<br>Philadelphia, PA 19103-4104<br>Phone: (215) 299-4384<br>Fax: (215) 981-0719<br>michael.mcdonnell@kutakrock.com<br><br>**ATTORNEYS FOR BERKLEY ASSURANCE COMPANY** | James J. Hickey      IL #6198334<br>KENNEDYS CMK LLP<br>100 North Riverside Plaza, Suite 2100<br>Chicago, IL 60606<br>Phone: (312) 800-5000<br>Fax: (312) 207-2110<br>James.Hickey@kennedyslaw.com<br>**ATTORNEYS FOR ASSOCIATED INDUSTRIES INSURANCE COMPANY** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 2, 2024, a true and correct copy of the above and foregoing was filed using the Court's CM/ECF e-filing system, which will send notification of such filing to all counsel of record.

>　　　　　*/s/ Meredith A. Webster*
>　　　　　Attorney for Plaintiff